IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AGCS MARINE INSURANCE | § | |
| COMPANY as Subrogee of PETROPLEX | § | |
| SWD SYSTEMS, LLC/MIDLAND | § | |
| ENERGY | § | |
| | § | |
| V. | § | NO. MO:18-CV-022 DC |
| | § | |
| LIGHTING MASTER CORPORATION | § | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice [Doc. 9] filed August 30, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 31st day of August, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE